JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MIRIAM MALDONADO,<br><br>    Plaintiff,<br>vs.<br><br>TIGT LLC; and DOES 1 through 10,<br><br>    Defendants. | **Case No.: 2:21-cv-01394 VAP (JPRx)**<br>**Assigned to Virginia A. Phillips**<br><br>**ORDER GRANTING DISMISSAL OF THE ENTIRE ACTION** |

ORDER

1  Based on the request from Plaintiff and for good cause shown:

2  IT IS HEREBY ORDERED that the entire action be dismissed with
3
4  prejudice with the Court to retain jurisdiction up until August 23, 2021.

5
6  SO ORDERED.

7
8  DATED: May 26, 2021            _____
                                  Virginia A. Phillips
9                                 United States District Court Judge